UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KORAY ERGUR, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-05136-WHO |
| v. | **ORDER OF DISMISSAL** |
| THE SPITZER BUILDING COMPANY, et al., | |
| Defendants. | |

On November 25, 2013, the plaintiff filed a notice of voluntarily dismissal. Accordingly, the Court ORDERS that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 2, 2013

WILLIAM H. ORRICK
United States District Judge